■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VITALIY RABAYEV, Appellant. [8 NYS3d 606]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Henry, J.), rendered October 20, 2010, convicting him of attempted assault in the third degree (two counts), attempted criminal mischief in the fourth degree, menacing in the third degree (two counts), and harassment in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly permitted the People to

introduce evidence of the defendant's prior uncharged crimes. The evidence was probative of his motive to commit the crimes charged in the present matter, and provided background information regarding his relationship with the complainant, his wife (*see People v Ramsey*, 1 AD3d 538 [2003]; *People v Howe*, 292 AD2d 542 [2002]; *People v Shorey*, 172 AD2d 634 [1991]).

The defendant's remaining contention is without merit. Rivera, J.P., Dickerson, Cohen and Barros, JJ., concur.